

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00300-CV

**SAN ANTONIO FAMILY ASSOCIATION**, Texas Right to Life, Texas Leadership Coalition, Texans for Fiscal Responsibility, Bexar County Republican Party, Allied Women's Center of San Antonio, San Antonio Coalition for Life, Texas Eagle Forum, Unite San Antonio, Patrick Von Dohlen, Michael R. Knuffke, Daniel J. Petri, K. Jason Khattar, Susan Bayne, Aileen Boone, Kevin Choate, Marilyn Choate, Elizabeth Anne Comeaux, Paul Julienne Comeaux, Sonia Cantoral, Eli Danze, Alice Davis, Dennis Dewine, Robert Gonzalez, Sandra Kaye Kiolbassa, Agustín McLamb-Quiñones, David Nelson, Aloys Joseph Notzon, Anna Rojas, Philip Trickett, Doris Walsh, Von Dohlen Knuffke Financial Group Inc., Khattar Law Office, and Hartzheim Petri CPA,
Appellants

v.

The **CITY OF SAN ANTONIO**, Ron Nirenberg, in his official capacity as mayor of the City of San Antonio, and Erik Walsh, in his official capacity as city manager of the City of San Antonio,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI22459
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of this appeal are taxed against appellants.

SIGNED June 30, 2025.

_____
Rebeca C. Martinez, Chief Justice